Virginia Beach Police Dept.
Incident Report 2024040460-1 (Report 1 of 3)

Case 2:25-cr-00015-RAJ-DEM   Document 38-1   Filed 05/16/25   Page 1 of 12 PageID# 258

Juvenile

# Incident Report 2024040460-1

**Primary Officer:** MEDWAY, PAUL (3372)

**Assisting Officers:** Wilson, Kevin (2509), VICKREY, CHRISTOPHER (4707), DORLAND, SEAN (4190), DAY, NATHAN (4189), Ryan, Edward (3579)

**Assigned District:** 2ND OCP   **PCT, ZONE, NEIGH:** 2,227,OCEANFRONT - 31ST ST SOUTH

## Overview

### Incident Overview

**Report Date:** 08/01/2024   **Report Time:** 04:05   **Incident From Date:** 07/31/2024   **Incident From Time:** 21:30
**Incident To Date:** 08/01/2024   **Incident To Time:** 04:06   **Location:** 703 PACIFIC AVE, VIRGINIA BEACH VA 23451
**Location Category:** Parking/Drop Lot/Garage   **Does Date Indicate Report Date?:** No   **Exclude from ePRO?:** No
CIT
**Did this incident occur during ECO/TDO process?:** No   **Was this person arrested during the ECO/TDO process?:** No

## Offenses

### 64A - HUMAN TRAFFICKING, COMMERCIAL SEX ACTS    **Author:** MEDWAY, PAUL

**Offense:** 64A - HUMAN TRAFFICKING, COMMERCIAL SEX ACTS   **NIBRS UCR Code:** Human Trafficking, Commercial Sex Acts
**Completion:** Completed
Additional Details
**Offender is Suspected of Using?:** No   **Was Criminal or Gang Activity Involved?:** No   **Was Weapon/Force Involved?:** No
**Was Bias Motivation Involved?:** No

### 90ZJ - OBSTRUCTING JUSTICE    **Author:** MEDWAY, PAUL

**Offense:** 90ZJ - OBSTRUCTING JUSTICE   **NIBRS UCR Code:** All Other Offenses   **Completion:** Completed

### 520A - WEAPON LAW VIOLATIONS    **Author:** Wilson, Kevin

**Offense:** 520A - WEAPON LAW VIOLATIONS   **NIBRS UCR Code:** Weapon Law Violations   **Completion:** Completed
Additional Details
**Offender is Suspected of Using?:** Yes   **Was Criminal or Gang Activity Involved?:** Yes   **Was Weapon/Force Involved?:** Yes
**Was Bias Motivation Involved?:** No   **Offender Suspected of Using:** D - Drugs/Narcotics
**Type of Criminal Activity/Gang Involved:** P - Possessing/Concealing   **Type of Weapon/Force Involved:** 12 - Handgun

## Names

### Arrestee - Banks, Johnny Thiel

**Author:** VICKREY, CHRISTOPHER • Edited by DORLAND, SEAN • Wilson, Kevin • Ryan, Edward • MEDWAY, PAUL

USAO-000034

Virginia Beach Police Dept.
Incident Report 2024040460-1 (Report 1 of 3)

Case 2:25-cr-00015-RAJ-DEM    Document 38-1    Filed 05/16/25    Page 2 of 12 PageID# 259

Juvenile

## Names (continued)

### Arrestee - Banks, Johnny Thiel
Author: VICKREY, CHRISTOPHER • Edited by DORLAND, SEAN • Wilson, Kevin • Ryan, Edward • MEDWAY, PAUL

**Involvement**
Role: Arrestee    Offense: 64A - HUMAN TRAFFICKING, COMMERCIAL SEX ACTS

**Identity**
Type: Known    Last Name: Banks    First Name: Johnny    Middle Name: Thiel    DOB: ▇▇/1995

**Identifying Documents**
ID Type: Driver's License    Issuing State: South Carolina    ID Number: ▇▇▇    Expiration Date: 01/03/2031

**Description**
Age: 29    Sex: Male    Race: Black or African American    Ethnicity: Not Hispanic or Latino    Height: 6' 0"    Weight: 165
Eye Color: Brown    Hair Color: Black    Complexion: Dark    Resident Status: Nonresident

**Contact**
Address Type: Home    Location: ▇▇▇, Summerville SC 29485
Phone Number Type: Mobile    Phone Number: ▇▇▇-3379

**Relationships**
Name: ▇▇▇    Is: Acquaintance

**Arrest**
Arrest Date: 07/31/2024    Arrest Time: 22:30    Arrest Type: Taken Into Custody
Multiple Arrestee Segments Indicator: Not Applicable    Arrest Location: 703 PACIFIC AVE, VIRGINIA BEACH VA 23451
Arresting Officer / Employee Number: DORLAND, SEAN (4190)

**Arrestee Details**
Primary Offense For Arrest: 64A - HUMAN TRAFFICKING, COMMERCIAL SEX ACTS
Armed With: Handgun

**Arrest Charges**
Charge: 18.2-47 - KID-1010-A5 - ABDUCTION: BY FORCE, INTIMIDATION OR DECEPTION - FEL    Severity: Felony
Offense Date: 08/01/2024    Offense Jurisdiction: Virginia Beach
Charge: 18.2-308.2 - WPN-5291-T6 - FIREARM: POSSESS BY NON VIOLENT FELON, >10 YRS - FEL    Severity: Felony
Offense Date: 08/01/2024    Offense Jurisdiction: Virginia Beach

---

### ▇▇▇
Author: VICKREY, CHRISTOPHER • Edited by DAY, NATHAN • Wilson, Kevin • MEDWAY, PAUL

**Involvement**
Role: Victim    Offense: 64A - HUMAN TRAFFICKING, COMMERCIAL SEX ACTS
Role: Arrestee    Offense: 520A - WEAPON LAW VIOLATIONS

**Victim Details**
Victim Type: Individual    Victim Was Injured: No

**Identity**
▇▇▇    ▇▇▇    ▇▇▇    ▇▇▇

USAO-000035

Printed by Ryan, Edward (3579) at 08/02/2024 12:27    Page 2 of 12 (Page 2 of 7 in Incident Report 2024040460-1 (Report 1 of 3))

## Names (continued)



**Name:** Banks, Johnny Thiel     **Is:** Acquaintance

### Arrest

**Arrest Date:** 08/01/2024     **Arrest Time:** 07:00     **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable     **Arrest Location:** 703 PACIFIC AVE, VIRGINIA BEACH VA 23451
**Arresting Officer / Employee Number:** Wilson, Kevin (2509)

### Arrestee Details

**Juvenile Arrestee Disposition:** Handled Within Department     **Primary Offense For Arrest:** 520A - WEAPON LAW VIOLATIONS
**Condition:** Ok     **Attitude:** Emotional     **Medical Attention:** Treated & Released
**Armed With:** Handgun

Probable Cause

▇▇▇ was reported as a runaway/missing person from North Carolina. ▇▇▇ mother contacted Virginia Beach Emergency Communications



**Parent/Guardian -** ▇▇▇▇     **Author:** VICKREY, CHRISTOPHER • Edited by MEDWAY, PAUL

USAO-000036

Printed by Ryan, Edward (3579) at 08/02/2024 12:27     Page 3 of 12 (Page 3 of 7 in Incident Report 2024040460-1 (Report 1 of 3))

## Names (continued)



## Vehicles

### Involved Vehicle - 2023 KIA Sorento - JBKI78 (FL)     Author: MEDWAY, PAUL

**Vehicle Information**
**Role:** Involved Vehicle     **Offense:** 64A - HUMAN TRAFFICKING, COMMERCIAL SEX ACTS

**Vehicle Details**
**Vehicle Type:** Automobiles   **Year:** 2023   **Make:** Kia   **Model:** Sorento   **Style:** 4 Door Sedan; Truck / Pick-up 4 Door
**Color:** Gray   **License Number:** JBKI78   **State:** Florida   **License Type:** Passenger Car   **Plate Locations:** Rear
**VIN:** 5XYRG4LC9PG195195

**Related People**
**Person:** ▮▮▮   **Relationship:** Passenger

## Property

None reported.

## Narrative by VICKREY, CHRISTOPHER

On 07/31/2024 at 2135 hours, my partner, Ofc. P. Medway, and I responded to a suspicious call for service at 703 Pacific Avenue in the City of Virginia Beach. The mother, ▮▮▮, was calling from Charlotte, North Carolina concerning her 15 year old daughter, ▮▮▮. ▮▮▮ told me that she had filed a missing person report for ▮▮▮ on 07/22/2024 with the Charllote-Mecklenberg PD. ▮▮▮ stated that ▮▮▮ had called her at approximately 1937 hours stating that she was being forced to do things she did not want to do by the male she was with, Johnny Banks, and she could not get away. I contacted ▮▮▮ via phone and she was able to tell me that she had received a 360 location from her ▮▮▮ phone at that time at the parking garage at the case location. ▮▮▮ also said that when her daughter called her she was crying when she made the statement of being forced to do things. ▮▮▮ told ▮▮▮ to turn on her location, but ▮▮▮'s phone disconnected and there was not further location. ▮▮▮ stated that she only knew the male as "Johnny" and that he would be driving a dark grey Kia Sorento SUV with unknown plates. We walked through the parking garage but was unable to locate the vehicle. We then searched surrounding areas and parking lots for the suspect vehicle and was unable to locate the vehicle. ▮▮▮ was able to send me photos of ▮▮▮ and Banks via phone text message to assist in locating the individuals.

USAO-000037

Printed by Ryan, Edward (3579) at 08/02/2024 12:27     Page 4 of 12 (Page 4 of 7 in Incident Report 2024040460-1 (Report 1 of 3))

## Narrative by VICKREY, CHRISTOPHER (continued)

At 2217 hours Medway and I went to the 9th Street Parking garage to canvas again for the vehicle after another call to ▮▮▮. While on the second level of the 9th Street garage I saw a vehicle on the top floor of the garage at 703 Pacific Avenue. The vehicle matched the shape and color of the suspect vehicle. I notified Medway and I went on foot to the original case location. We made our way to the top floor of the parking garage but did not see the suspect vehicle. We decided to walk down one floor and found a vehicle matching the description with a black female in the front passenger seat. The female was identified as ▮▮▮. I asked ▮▮▮ what was going on tonight and she said that she was waiting for her friend and that he was going to be taking her home to North Carolina tonight. ▮▮▮ said that she and "Johnny" had come from Suffolk, VA where he had a painting job. They then travelled to Virginia Beach to meet with friends. ▮▮▮ said that "Johnny" was in the hotel, Double Tree Hotel room 610, taking a shower. She then attempted to leave the area and make a phone call. I informed her that she was not free to leave and detained her. ▮▮▮ was placed in handcuffs and taken to our patrol vehicle. Sgt. R. Bryant arrived on scene at that time.

Additional units were sent to the case location to attempt a knock and speak on room 610. Ofcs. B. Laxton, N. Barrett and A. Sinnott arrived on scene. Sgt Bryant began to interview ▮▮▮ concerning the situation and male suspect. While that was happening a black male exited the Double Tree Hotel and began walking to the parking garage. The male entered the parking garage and then a few minutes later exited the garage and walked back to the hotel. Sgt. Bryant informed us that ▮▮▮ identified the individual as "Johnny" and Medway and Laxton attempted a consensual encounter with the suspect. Medway informed me that the male identified himself as Deshawn Anderson with a DOB of 09/1995, but refused to give any other information. Anderson was detained for contributing to the delinquency of a minor at 2336 hours.

I began to investigate the identity of Anderson through Linx but no information was returning. Medway was able to obtain information from the hotel front desk of the individual that rented the room as Johnny Banks. I ran Banks through Linx and located an active warrant case from Franklin City PD to get more information. Franklin PD confirmed the warrants but did not have any photos of the suspects. According the to report loaded into Linx for the larceny charges there was an entry for a traffic stop from Suffolk PD for the suspect vehicle on 07/25/2024. The stop resulted in the occupants of the vehicle being identified as , Johnny Banks and ▮▮▮. Franklin PD told Suffolk PD that the victim of the larceny had not decided to pursue charges and the individual were released. The victim in the larceny in Franklin VA did make the decision to prosecute and charges were filed based on the information provided by Suffolk PD.

Banks was visibly identified by photos through previous booking photos from arrests by Medway and was placed into custody for those charges. I was able to contact the Suffolk PD Records Division and spoke with Lt. Kane. Kane was able to access the body camera of the officer that conducted the traffic stop on 07/25/2024 and send me photos of the female that identified herself as ▮▮▮. The photo showed the female was ▮▮▮ I informed Lt. Kane of the identity of ▮▮▮ and he said he would forward it to the officer that conducted to stop to determine if additional charges would be taken out.

I maintained custody of ▮▮▮ while detectives conducted their investigation. ▮▮▮ was contacted by detectives and said that she was not going to be able to come to take custody of ▮▮▮. CPS was contacted to locate a housing location for ▮▮▮ until her parent could pick her up.

BWC was on and recording during the event.

Pending Active to detective

## Narrative by MEDWAY, PAUL

First Submitted: 08/01/2024 09:02

**Narrative by MEDWAY, PAUL** (continued)     First Submitted: 08/01/2024 09:02

On 07/31/2024 at approximately 2135 hours, Officer Vickrey and I responded to a suspicious call where ▮▮▮ reported that her daughter, ▮▮▮ was missing and was communicating with her that she was with "Johnny".- ▮▮▮ claimed that her daughter was located near 7th Street and Pacific Avenue which she was able to verify through a ping of her daughters phone. Officer Vickrey and I were unable to located ▮▮▮r or "Johnny" in addition to the Grey Kia Sorento that ▮▮▮ believed they were driving.

A second attempt was made at locating the vehicle. Officer Vickrey reached out to ▮▮▮ while I continued to drive around canvassing. ▮▮▮ provided new information which we believed met the criteria for a ping of ▮▮▮s phone. Sergeant Bryant approved of a one time ping after it was believed that ▮▮▮r was being held against her will in addition to mention of her being forced to do things that she didn't want to do. ▮▮▮ also mentioned previously that her daughter was 15 years old. Officer Vickrey and I were canvassing at the top of the 9th Street Parking Garage when he brought attention to a dark colored SUV a few blocks away that was backing into a space on the roof. Officer Vickrey walked on foot as I went back to our police tahoe which was located on 9th Street. Officer Vickrey and I made our way to the top of the 7th Street Parking Garage where we noticed the dark SUV again left the scene. On our way down, I canvassed the ramps as Officer Vickrey took the stairway. When I arrived on the third floor, I noticed a dark gray Kia Sorento to my right and a young B/F seated in the passenger seat on her phone and smoking. I pulled out my cell phone to check the phone which was received by ▮▮▮. ▮▮▮ exited the vehicle and asked if everything was okay. At this point, I positively identified the female as ▮▮▮. Officer Vickrey and I began talking to ▮▮▮ and explained that her mother called and was concerned. ▮▮▮ attempted to walk away, was told that she was not free to leave, and detained.

After Sergeant Bryant arrived on scene with a few assist officers, it was decided that two would attempt to make contact in room 610 of Double Tree which was the room identified by the parking tag on the vehicle. ▮▮▮ claimed that "Johnny" went back to the room to take a shower. ▮▮▮ claimed that "Johnny" was a friend and he was in town for a painting job. ▮▮▮ was placed in our police vehicle as we began to further the investigation. While speaking with Sergeant Bryant, and unknown black male was walking towards our location from Double Tree. When he passed, he turned his face slowly to the left and we were unable to identify whether or not this was our suspect. The unknown black male passed us again and attempted walking towards Double Tree. At this time, Sergeant Bryant who was speaking with ▮▮▮r advised that ▮▮▮r identified the male as "Johnny". Officer Laxton and I attempted to make contact with the unknown black male at the front entrance of Double Tree. The unknown black male was uncooperative and hostile. The unknown black male was then detained for contributing to the delinquency of a minor and placed in handcuffs. At this time, I removed two cell phones and a room key from the unknown black male's front left shorts pocket.

The unknown black male then identified himself as Deshawn Anderson with a DOB of 09/1995. Info was relayed to Officer Vickrey who had a computer available. Officer Vickrey was not able to get any returns. I approached the front desk and asked if they would be able to provide me with information as to who was registered at room 610. The registration showed Johnny Banks as having registered the room. Staff at Double Tree informed us that the the room would only have been able to check in using an ID with that name. We were not able to receive a DMV photo for Banks. Several attempts were made to identify Bands. I was able to search arrest databases and locate our suspect. Johnny Banks was identified through a photo on an arrest which took place on 04/08/21 in Charleston County. The photo positively identified Johnny Banks as our suspect which we believed during his inconsistent answers to questions. Sergeant Bryant made another attempt to speak with Banks to which he finally confessed that he was who we thought he was.

Officer Vickrey confirmed several warrants for both Banks and ▮▮▮ which were active. Banks was placed in the back of Sergeant Bryants vehicle while the investigation continued. SI was contacted and detectives responded out. While speaking with ▮▮▮r, Banks made statements such as "I paid $250 for the room" even after claiming that his boss registered the room. In addition, Banks claimed that $1500 of his money was in the room. Banks was seating heavily

USAO-000039

Printed by Ryan, Edward (3579) at 08/02/2024 12:27                Page 6 of 12 (Page 6 of 7 in Incident Report 2024040460-1 (Report 1 of 3))

## Narrative by MEDWAY, PAUL (continued)     First Submitted: 08/01/2024 09:02

and getting angry with Officer Laxton and Myself. Banks claimed that he didn't do anything wrong and that he didn't know ███r or the fact that she was underage.

I continued working this case by standing by the the vehicle while detectives spoke with both ███ and Banks. I was informed that SI would be taking over the case and maintained security around the vehicle. At approximately 0700, Officer Vickrey and I were relieved. This ends my involvement in this case.

Please PAC to SI Detective

## Narrative by Wilson, Kevin     First Submitted: 08/01/2024 12:11

Human Trafficking investigation. CBA to Detective EJ Ryan. See PD-3 for investigative details.

## Narrative by DAY, NATHAN     First Submitted: 08/01/2024 23:25

On 08/01/2024 at approximately 2009 hours I was contacted by Sergeant Wilson who requested my assistance in the apprehension of ███████. Sergeant Wilson explained that ███ was located at 642 N Lynnhaven Rd (Seton House). I arrived on scene at the Seton house at approximately 2015 hours. I made contact with the intake staff there and explained to them that I needed to take ███r into custody. They advised me that she was highly emotional and that she would likely be resistant once she learned she was being taken into custody. Officer M. Smith and PPO Marshall responded to assist me in taking ███r into custody. ███r was taken into custody without incident and transferred to the Fourth Precinct (5152 Lobaugh Drive) where the intake process was completed. At approximately 2213 hours ███ was transferred to the Virginia Beach Juvenile Detention Center where she was held on a detention order for Juvenile in possession of a firearm.

All events were captured on my body worn camera.

## Narrative by DORLAND, SEAN     First Submitted: 08/02/2024 07:22

I stepped in to take over the midnight shift officer who had Johnny Banks in custody. I waited at 2nd pct lockup while the subject was interviewed. I transported the subject to the jail at 1130 hours with no issue. Banks was charged with 3 felony warrants from VB and 2 outstanding out of Franklin County.

Case cleared by arrest.

USAO-000040

Printed by Ryan, Edward (3579) at 08/02/2024 12:27                    Page 7 of 12 (Page 7 of 7 in Incident Report 2024040460-1 (Report 1 of 3))

Virginia Beach Police Dept.
Incident Narrative Supplement Report 2024040460-2 (Report 2 of 3)

Case 2:25-cr-00015-RAJ-DEM   Document 38-1   Filed 05/16/25   Page 8 of 12 PageID# 265

Juvenile

# Incident Narrative Supplement Report 2024040460-2

**Primary Officer:** LAXTON, BRYCE (3879)
**Assigned District:** 2ND OCP

## Narrative

Narrative

On 07/31/2024 around 2330 hours I responded to the 200 block of 7th St to assist officers who had located a runaway juvenile, identified as ▮▮▮▮▮▮▮▮ in the parking garage at 703 Pacific Ave. Officers Medway and Vickrey informed me the mother had called reporting that ▮▮▮▮ was with a black male who was forcing her to do things she didn't want, and sent photos of her and the suspect, whose name was "Johnny". I was also informed they had observed a black male matching the description walk into the parking garage before I arrived.

As I was standing on the sidewalk in the 200 block of 7th St, I observed a black male with dreads wearing a white shirt briefly appear at the edge of the second floor railing adjacent to the stairs before quickly walking away. A few minutes later, the same male exited the stairwell and walked across 7th St towards the DoubleTree hotel at 615 Atlantic Ave. I observed his face, which exactly matched the photo I had seen earlier. I yelled across the street "Hey, Johnny!" and the suspect turned his head towards me before continuing walking towards the hotel.

I was then informed by another officer that ▮▮▮▮ had pointed to the male as he walked by and identified him as Johnny. I rode my motorcycle past Johnny, dismounted, and approached Johnny on his right side walking adjacent to him while saying "Hey, do you have a second?" He turned to me and appeared agitated. I explained that I wanted to talk to him about the girl he was with, but he implicitly denied knowing her saying "What girl am I with?" Officer Medway explained she was a 15-year-old runaway and Johnny responded by saying he had nothing to do with her and he did nothing to her.

I asked how long he had known her, and he again responded with "I did nothing to her", but then admitted to knowing who we were talking about and stated he gave her a ride. He again repeated that he didn't know and never answered the question. I recognized his non-answer, attempt to minimize his involvement, and repeated uncertainty when asked simple questions as common indicators of deception.

Due to his to his acknowledgment of providing transportation to a runaway juvenile from out of state, his unusual agitation to simple questions, and presentation of common deception indicators, I concluded reasonable suspicion existed for contributing to the delinquency of a minor and briefly blocked his path in order to prevent him from leaving and entering the hotel.

Officer Medway and I continued to speak with him and he stated he was here for work on a job in Corapeak, NC and picked up ▮▮▮▮ in Charlotte, NC.

Officer Medway and I placed Johnny in handcuffs around 2336 hours informing him that he was being detained but not under arrest and consented to a pat down. He was sweating profusely, denied his name was Johnny, and refused to provide us with any identifying information. After informing him multiple times of the Virginia Beach City Ordinance that requires him to identify himself to law enforcement by name and address, he finally stated his name was Deshawn Anderson and stated he was born in September 1995 with an address of ▮▮▮▮▮▮▮▮ in NC, but refused to provide a day of the month and stated he didn't know his social security number.

Johnny continued to exhibit nervous behavior, constantly talking and saying we were treating him like a criminal, but he wasn't a criminal and didn't kidnap the girl. He also stated they got pulled over in Suffolk and identified by Suffolk Police.

USAO-000041

Printed by Ryan, Edward (3579) at 08/02/2024 12:27   Page 8 of 12 (Page 1 of 2 in Incident Narrative Supplement Report 2024040460-2 (Report 2 of 3)

## Narrative (continued)

### Narrative

Sergeant Bryant responded...

Placed in rear of patrol vehicle...stated he had $1,500 cash in the hotel room...

BWC was activated.

USAO-000042

Printed by Ryan, Edward (3579) at 08/02/2024 12:27   Page 9 of 12 (Page 2 of 2 in Incident Narrative Supplement Report 2024040460-2 (Report 2 of 3))

# SI Arrest/Confiscation Report 2024-FORM-00000005

**Primary Officer:** FOSS, BRANDON (2733)
**Assigned District:** SI INTR

## Overview

### Incident Overview

| UNIT | | IBR | |
|---|---|---|---|
| Vice | | 2024040460 | |
| **OFFENSE DATE** | **OFFENSE TIME** | **ARREST DATE** | **ARREST TIME** |
| 07/31/2024 | 21:30 | | |
| **OFFENSE LOCATION** ||||
| 200 7TH ST, VIRGINIA BEACH VA 23451 ||||
| **UNIT / APARTMENT NUMBER** | **ZONE** | | |
| | | | |
| **ARREST LOCATION** ||||
| | | | |
| **UNIT / APARTMENT NUMBER** | | | |

## Suspect/Charges

### Suspect/Charges

**Suspects**

**ACTIONS TAKEN**

- [✓] ARR - Arrested
- [ ] IND - Indicted
- [ ] JUV - Juvenile
- [ ] MIL - Military
- [ ] OTH - Other Search
- [ ] OVR - Overdose Related
- [ ] PAR - Parcel Interdiction
- [ ] PEN - Pending
- [ ] SRC - Search Warrant
- [ ] SUM - Summons
- [ ] WAR - Warrant

| ROLE | | IDENTITY TYPE | |
|---|---|---|---|
| Offender | | Known | |
| **SUSPECT LAST NAME** | **SUSPECT FIRST NAME** | **SUSPECT MIDDLE NAME** | **SUSPECT NAME SUFFIX** |
| Banks | Johnny | | |
| **SUSPECT DOB** | **SUSPECT DOB UNKNOWN** | **ALIAS** | |
| ▇▇/1995 | | | |
| **CHARGE TYPE** ||| **CHARGES** |
| Human Trafficking ||| |

## Property

### Property Confiscated

**Confiscated Item**

| TYPE OF PROPERTY CONFISCATED | | ROLE | |
|---|---|---|---|
| 1-Drugs | | Evidence | |
| **PROPERTY STATUS** | **DRUG** | **DRUG AMOUNT** | **MEASUREMENT** |
| | Marijuana | 10 | |

USAO-000043

## Property (continued)

### Property Confiscated

| PACKAGING | HAZMAT | VOUCHER NUMBER | SID VOUCHER |
|---|---|---|---|
| Plastic Bag | | B082975 | N-133 |

| DESCRIPTION |
|---|
| |

| TYPE OF PROPERTY CONFISCATED | | ROLE | |
|---|---|---|---|
| 3-U.S. Currency | | Evidence | |
| TYPE | AMOUNT | VOUCHER NUMBER | SID VOUCHER |
| US | $498 | B082977 | S-025 |
| CITY MONEY RECOVERED | TYPE OF PROPERTY CONFISCATED | | |
| | 4-Weapons | | |
| ROLE | | MAKE | MODEL |
| Evidence | | Glock | 27 |
| QUANTITY | CALIBER | VALUE | VOUCHER NUMBER |
| 1 | 40 | $400 | F015401 |
| SID VOUCHER | | | |
| W-020 | | | |

### Recovery Details

| RECOVERY DATE | RECOVERY TIME | RECOVERED BY |
|---|---|---|
| 08/01/2024 | 07:18 | FOSS, BRANDON (2733) |

| LOCATION |
|---|
| 200 7TH ST, VIRGINIA BEACH VA 23451 |

| LOCATION NOTE |
|---|
| |

## Officer/Supervisor

### Officer/Supervisor

| MAINTAINING/PACKAGING OFFICER | WITNESSING OFFICER | | |
|---|---|---|---|
| FOSS, BRANDON (2733) | Roberts, Jamie (3375) | | |
| CASE OFFICER | | DATE | TIME |
| Kellogg, Thomas (1805) | | 08/01/2024 | 07:18 |
| SUPERVISOR | | DATE | TIME |
| WILSON, KEVIN (20337) | | 08/01/2024 | 07:18 |

USAO-000044

Virginia Beach Police Dept.
**Incident 2024040460 - Evidence List**

| Name | Description | Type |
|---|---|---|

USAO-000045