U.S. v. Johnny Thiel Banks

Case No. 2:25-cr-15

## Defense Exhibit C - Letters of Support

Tyra Smith – Mr. Banks' aunt (mom)

Carol McClue & Eugene McClue, Jr. – Mr. Banks' paternal grandparents

Shemar Smith – Mr. Banks' brother (cousin)

Jada Smith – Mr. Banks' sister (cousin)

Salvineisha Burton – Mr. Banks' (maternal) sister

Nicole Banks – Mr. Banks' (maternal) aunt

Maddy Zelaya – Mr. Banks' former girlfriend/current friend

Tyra Smith



Summerville, SC 29485

843-

Date: October 20, 2025

To the Honorable Raymond A. Jackson

Court: Walter Hoffman United States

600 Granby Street

Norfolk, Va 23510

Re: Character Reference for Johnny Thiel Banks

Dear Judge Jackson,

I am writing to you on behalf of my son and nephew, Johnny Thiel Banks. I was granted custody of Johnny when he was just eight months old, and I have raised him ever since. His biological mother, Natasha Banks, was in a relationship at the time of her pregnancy with my brother, Johnnie. She already had three young children with her live-in partner, and after Johnny's birth, he experienced several serious accidents while in her care—each occurring while she was at work. These included a fall that required staples and stitches to his head, and two separate incidents where his stomach had to be pumped due to being fed inappropriate food by his older siblings.

Recognizing the risks and overwhelmed by her circumstances, Natasha made the difficult decision to relinquish custody. From that moment on, I became the only mother Johnny has ever truly known. My brother Johnnie remained actively involved in Johnny's life until his tragic death in New Orleans in February 2002. Johnny was devastated by the loss of his father. Natasha, who had not been involved in his upbringing, reached out to us after Johnnie's passing and spent two weeks with us in Mississippi. Sadly, she passed away the following year—just seven days after Johnny's eighth birthday. His maternal grandmother, Diane Banks, then expressed a desire to build a relationship with Johnny, but she too passed away only four months later.

Johnny endured unimaginable loss at a very young age—losing both parents and his grandmother before the age of nine. Unlike his half-siblings, who were able to live with their respective fathers, Johnny had no one else. I truly believe God placed him in my life for a reason.

From infancy, Johnny showed remarkable intelligence and maturity. He was speaking by eight months and forming full sentences by age one. His daycare moved him early to the toddler room due to his advanced development. Throughout his school years, Johnny excelled in gifted classes, participated in football, baseball, chess, and ROTC, and consistently demonstrated a generous spirit—especially toward his younger siblings.

Johnny is a talented and resourceful young man. He's skilled in painting, carpentry, electrical work, and plumbing. He once transformed a loft into a master bedroom, complete with a walk-in closet, bathroom, and skylight—all without blueprints. He also enjoys writing poetry in his free time.

The week of his arrest, Johnny called me asking if he could come home to regroup and get his life back on track. He said he had just one final painting job to complete before returning. I was stunned to receive a call the next day informing me of his arrest. I know he deeply regrets his actions and understands the gravity of the situation.

Johnny is a loving godfather to a young girl who lost her father five years ago. He has always been a source of strength and support to our family. While we understand that accountability is necessary, I respectfully ask that you consider his background, character, and potential for rehabilitation. Please do not take his future away. We love him dearly and believe he still has so much to offer.

Thank you for your time and consideration.

Sincerely,

**Tyra Smith**

Mrs. Carol B. McClue
Mr. Eugene B. McClue Jr
███████████
Johns Island, S.C. 29455

The Honorable Judge Raymond A Jackson
United States Courthouse
600 Granby Street
Norfolk, Va., 23510

RE: Character Reference For Johnny Thiel Banks

Dear Judge Jackson,

Johnny Thiel is our grandson. We helped take care of him. His Father is my son. He was killed in New Orleans, La., He was 32 years old. It was very hard on me to bury my first born. At the time I was living in South Carolina. My career was a real estate agent, also an insurance agent. My husband career was an ordnance QA inspector for the United States Naval Weapon Station.

Johnny writes beautiful poems, sang on the choir, does lots of creative writing. His goal was to be a "Author". He helps builds houses, paints and he knows a little mechanic work.

He is a "Handyman." He has also written different resumes for young and older people. He played baseball with different schools. Everyone loves Johnny. He also was a "Pall Bearer" for a friend. He was in ROTC.

He is very devoted to us, every chance he gets he will come to see us. He has been a great help to us. He takes us out to lunch and does whatever needs to be done, etc.

This is a serious offense. The family is taking this seriously, We all apologize for his actions. He is remorseful and is willing to do whatever it takes to make reparations. My Husband and I were present for his trial what we heard and saw was not how Johnny was raised.

He was with us in his teenage days only for two years then he went back to live with his Aunt (my daughter) when he was seventeen. We as grandparents we kept a tight hold on him and we kept him busy in all kinds of activities.

Our grandson has a home to come to. We will take him back and forth to different, treatments, and counseling programs, and even assist him in getting a job. He has a strong support from all of his family.

Thank you for considering this character reference. I hope that my words provide some insight in Johnny and the potential he has to move forward in a constructive and law-abiding manner.

                                                     Respectfully

                                                     Carol B McClue
                                                     Eugen B McClue, Jr

Date: November 6, 2025

To the Honorable

Raymond A. Jackson

Court: Walter Hoffman

United States

600 Granby Street

Norfolk, Va 23510

Re: Character

Reference for Johnny Thiel Banks

Dear Judge Jackson.

My name is Shemar Smith. I am 19 years old, and I am writing this letter to speak on behalf of my brother, Johnny Banks. I want to share a bit about the kind of person Johnny is and the positive impact he's had on my life.

Johnny has always been someone I could count on. He's the type of brother who goes out of his way to make others feel special. I'll never forget how he took me to go buy Jordans for my birthday not just because I got a new pair of shoes, but because of all the shops we went to trying to find the right pair for me. I'm grateful he took the time and was very patient with my very picky tastes. We laughed, he helped me pick out what I liked, and offered to buy another pair. That's just who Johnny is thoughtful, and he cares for his family.

When I was younger, Johnny used to take me to football practice. He never complained, even when he was tired or busy. He always encouraged me to do my best and reminded me that hard work pays off. Those rides and talks before practice meant a lot to me — they showed me how supportive and dependable he truly is.

Some of my favorite memories are the times he taught me how to drive golf carts. I remember how excited I was every time, and how he'd patiently show me what to do, laughing when I made mistakes. Those skills I learned from him that day was applied when I took my drivers test after my permit and I passed with the help from him. Being around Johnny always makes me feel glad he's my older brother.

Johnny has always been a positive influence in my life. He's a great man. He's hardworking, Is always down to talk with me about school or any life problems, We bonded over the game Madden we played when I was younger with other family members. I'm grateful to call him my brother, and I'm grateful for all the ways he's been there for me over the years.

Thank You for listening. Judge Jackson, I humbly request your leniency on my brother Johnny Banks. I am sure Johnny has a lot of good things to give to others.

Sincerely,
Shemar Smith

843█████

████████████

Jada Smith ████████████, Summerville, SC, 29485 (843)███-████
████████@█████████

Date: October 21, 2025

To the Honorable Raymond A. Jackson: Walter Hoffman United States 600 Granby Street Norfolk, VA 23510

To the Honorable Judge Raymond A. Jackson,

My name is Jada Smith, and I am Johnny Banks's little sister. I have known him my entire life, so I can truly attest to his character and who Johnny is as a person. While I understand that he has not always made the best example of himself, the Johnny I know is far better than the charges he is receiving.

Johnny is awkward, goofy, and caring and he has always been that way. In all my memories of him, he has consistently gone to great lengths to do kind things for me. Growing up, when he first started driving, he was the one who took me to my Girl Scout meetings and bought me candy on the way there. When he worked at Popeyes, he would always bring home apple pie because he knew it was my favorite. And even though he didn't always want us in his room, he would still let us come in and hang out with him.

Johnny also introduced me to my love of scary movies. I remember having watch parties with him and our other brother, all cuddled up under a blanket on the floor watching Chucky. When Johnny was away, I remember the letters he sent, with teddy bears drawn on the back showing me that he cared and thought about me even when times were difficult. He has always been supportive of me, buying me gifts and considering me wherever he goes.

The last time I saw Johnny, he once again went out of his way for me; driving me all the way back to college, passing his own house, and buying me food when I arrived to make sure I was okay. That's just the kind of person he is.

As I have stated, Johnny may not have always made the best decisions, but I respectfully ask the court to consider his positive qualities and the thoughtful, loving person I know him to be. I understand the court must decide what is fair, but I ask that you show compassion and consider

the good that still exists in my brother. He is deeply loved, and I truly believe that with guidance and support, Johnny can continue to grow into the person we all know he can be.

Sincerely,

Jada Smith

To the Honorable
Raymond A. Jackson
United States Courthouse
600 Granby Street
Norfolk, Va 23510

Re: Character Reference for Johnny Thiel Banks

Dear Judge Jackson, I am writing this letter with a heavy heart, but also with the deepest sense of love and respect for my older brother, Johnny Thiel Banks who is currently before you. I kindly ask for your consideration of leniency in his case, as I believe his character and the person he is, both in his family and in the world, speak volumes about his integrity and the positive role he plays in the lives of those who love him.

My brother is not only a loving and devoted family member, but also a hardworking individual who has always strived to improve himself and contribute positively to society. Despite the hardships life has thrown his way, he has never wavered in his dedication to both his work and the people he cares about. He is a man of principle and strength, and I have personally witnessed his ability to lift others up, including myself.

After reconnecting with him through social media, we were thrilled to stay in regular contact through calls and FaceTime. It was a beautiful thing for me to see how much pride he took in his work in the construction industry, and I was happy to support him by sharing his posts, knowing how much effort he puts into everything he does. More importantly, our shared love and respect for each other and for our late mother has always been the foundation of our relationship. My brother often encourages me in my studies, reminding me that our mother would have wanted us to push forward, to live with purpose, and to honor her memory by striving to be the best versions of ourselves. He is the epitome of what it means to be a loving brother.

His compassion for his family is unmatched, and he always goes above and beyond to make sure we feel supported and loved. As his younger sibling, I've always looked up to him, and his guidance has been instrumental in helping me pursue my dreams.

While I fully understand the seriousness of the situation, I ask that you consider the good heart he has and a second chance. I love my brother dearly, and it is with that love in mind that I pray for leniency in his case. Please consider the person he truly is—the one who is dedicated to his family, works tirelessly, and strives every day to make the world a better place.

Thank you for your time and consideration. I trust you will make a fair decision, one that acknowledges his true character and the potential for growth that lies ahead.
With heartfelt gratitude,

Salvineisha Burton.

Date: November 2, 2025
To the Honorable
Raymond A. Jackson
Court: Walter Hoffman
United States
600 Granby Street
Norfolk, Va 23510
Re: Character Reference for Johnny Thiel Banks

Dear Judge Jackson,

I am writing to you today with profound respect and a deep sense of urgency regarding my nephew, Johnny Thiel Banks, and to humbly request your compassionate consideration in his current circumstances.

Our family, on his late mother's side, has only recently had the opportunity to re-establish contact with Johnny through social media. This reconnection has been incredibly meaningful, particularly as he is now working to build relationships with his five other siblings – three sisters and two brothers – with whom he shares a common bond and a desire for family unity.

Johnny's mother, our beloved sister passed away in 2003 after a courageous battle with stomach cancer. Due to the intense and debilitating nature of her treatments, she made the heart-wrenching decision to entrust Johnny to the care of his aunt Tyra Thiel, believing it to be the best possible choice for his well-being at that difficult time. We know she found peace in that decision, made out of immense love and selflessness.

In the last past year, our family has been planning a long-awaited reunion, eager to bring everyone together. However, these plans have been repeatedly postponed due to Johnny's commitment to his work. We are immensely proud of his dedication; he has worked tirelessly, building a career as a skilled contractor, plumber and electrician, a testament to his strong work ethic and character.

My most earnest plea, Judge Jackson, is for your leniency in Johnny's case. It is our hope that he can soon join his mother's side of the family, not just for a reunion, but to truly connect with his roots. We long to share with him countless stories of his mother, to impart memories of her laughter, her strength, and above all, the boundless love she held for him. This opportunity would be invaluable, allowing him to understand the depth of his heritage and the enduring love of a mother who made a great sacrifice for his future. This family connection is crucial for his emotional well-being and understanding of his past.

Thank you for taking the time to consider this heartfelt request. We believe that allowing Johnny to strengthen these vital family bonds would have a profoundly positive impact on his life.

Sincerely,

Nicole Banks

504-███████

███████████████

Dear Judge Jackson,

My name is Maddy Zelaya, and I was recently in a relationship with Johnny Banks for the last 8.5 years. I have known him for more than half of my life, and during that time, we have shared many life experiences together. I am currently a full-time dental assistant and Director of Operations for a dental office, and I have been working in the dental field for over 10 years. I am writing to you today in support of Johnny as he faces sentencing in your court.

I fully understand the gravity of the charges against him and the legal process he is going through. While I do not wish to diminish the seriousness of his actions, I hope that this letter can offer a more personal perspective on the kind of person Johnny is outside of this case.

Throughout our time together, Johnny has shown me, and many others, that he is a compassionate, hard-working, and responsible individual. He has always been there for his friends, family, and me, consistently going out of his way to help others. His sense of loyalty and generosity is something that I admire deeply. He is a man who genuinely cares for the people in his life and works to better the community around him.

For example, when my parents' tenants moved out and left their home in an unlivable condition, Johnny didn't hesitate to help. He remodeled their entire house, doing much of the work himself, for close to no pay, simply because he wanted to help them get back on their feet. His willingness to take on such a huge responsibility without expecting compensation shows his selflessness and the depth of his character.

This situation has been incredibly hard on me and on Johnny's family. Watching him go through this has been devastating, not only for me but also for his siblings, nieces, and nephews, who love him deeply. They, too, have seen the kind of person Johnny is and have felt the emotional toll this has taken on him and on all of us. As much as this has been a difficult time, I am committed to supporting him through it, as I truly believe in his potential to make things right and move forward as a better person.

In addition to his kindness, Johnny has made efforts to grow and improve. I have seen him work hard to better himself over the years, whether through his career, personal development, or his commitment to making positive changes in his life. He has been deeply remorseful for his actions, and I have witnessed his efforts to learn from his mistakes. He recognizes the impact of his past decisions and is committed to becoming a better person moving forward.

Your Honor, I understand the importance of justice and accountability, and I fully support the legal process. However, I ask that you also consider the positive qualities that Johnny has demonstrated throughout his life. I believe he has the potential to rehabilitate and continue to contribute positively to society. He has shown sincere remorse, and I am confident that he will continue to grow and make better choices.

Thank you for your time and consideration. I sincerely hope that you will take into account the full picture of who Johnny is as a person and the efforts he has made to better himself. I also ask

that you consider the emotional impact this has had on his loved ones, and the support he has from all of us as he continues to work through this challenging time.

Kind regards,

Maddy Zelaya

(305) ███████